1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

9    MARVA L. HICKMAN,

       No. C 14-549 SI

10          Plaintiff,

       **ORDER CONTINUING DEFENDANT'S**
       **MOTION FOR JUDGMENT ON THE**

11    v.

       **PLEADINGS, VACATING JULY 18, 2014**
       **CASE MANAGEMENT CONFERENCE,**

12    CITY OF OAKLAND, KAY ELLISON-JAMES,    **AND EXTENDING MEDIATION**
   *et al.*,                  **DEADLINE TO OCTOBER 30, 2014**

13          Defendants.

14    ————————————————/

15         The parties have filed several documents regarding continuing various deadlines and matters in

16 this case due to the illness of plaintiff's significant other.  *See* Docket Nos. 22 and 23.  The Court hereby

17 VACATES the July 18, 2014 hearing and case management conference, and sets the following new

18 schedule regarding defendant's motion for judgment on the pleadings: plaintiff's opposition is due

19 **November 7, 2014**; defendants' reply is due **November 14, 2014**; and the Court will hold a hearing on

20 defendant's motion on **December 5, 2014 at 9:00 a.m.**  The initial case management conference is

21 rescheduled to **December 5, 2014 at 2:30 p.m.**

22         The Court also EXTENDS the mediation deadline to **October 30, 2014.**

23
24    **IT IS SO ORDERED.**

25
26    Dated: July _15__, 2014

               ————————————————
27                SUSAN ILLSTON
               UNITED STATES DISTRICT JUDGE
28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28